IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
JAN 2 5 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | 3:23 CR 0038 |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| LARON TAYLOR, ) | Sections 922(g)(1), and |
| ) | 924(a)(8), 924(c), Title 21 United |
| Defendant. ) | States Code 841(a)(1) and |
| ) | (b)(1)(A) |

**JUDGE KNEPP**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about December 30, 2022, in the Northern District of Ohio, Western Division, Defendant LARON TAYLOR, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Failure to Comply with the Signal or Order of a Police Officer, on or about February 11, 2019, in case number CR20182398, Lucas County Common Pleas Court, Aggravated Possession of Drugs, on or about July 9, 2014, in case number CR201401705, in Lucas County Common Pleas Court, Escape, on or about December 18, 2008, in case number CR200703332, in Lucas County Common Pleas Court, Assault on a Peace Officer, on or about October 20, 2003, in case number CR200302915, in Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit: a Sarsilmarz, Model B6C, 9mm handgun, bearing serial number T1102-18600113, with multiple rounds of ammunition, and an Eagle, Model RZ17, 12 gauge shotgun, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ORIGINAL

## COUNT 2
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about December 30, 2022, in the Northern District of Ohio, Western Division, Defendant LARON TAYLOR did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about December 30, 2022, in the Northern District of Ohio, Western Division, Defendant LARON TAYLOR did knowingly possess firearms in furtherance of a drug trafficking crime for which he can be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance, as charged in Count 2 of the indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.